WILLIAM STANTON, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Stanton* v. *International Railway Co.*, 109 App. Div. 910, affirmed.
(Argued April 4, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Philip A. Laing* for appellant.

*Charles B. Sears* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: HISCOCK, J.